UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **DUSTIN A. KING**, | ) | Case No.: 1:14-cv-01092-JMS-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **INDIANA SUPREME COURT**, et al. | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE OF
STATEMENT OF SPECIAL DAMAGES AND SETTLEMENT DEMAND

    I hereby certify that on December 1, 2014, Plaintiff Dustin A. King, by counsel, sent via email a settlement demand as well as a statement indicating his special damages to the following counsel of record:

Patricia Orloff Erdmann
Kenneth Lawson Joel
Dino L. Pollock
OFFICE OF THE ATTORNEY GENERAL
302 West Washington Street,
Indiana Government Center South
Fifth Floor
Indianapolis, IN 46204
(317)232-6318
(317)232-7979 (fax)
patricia.Erdmann@atg.in.gov
kenneth.joel@atg.in.gov
dino.pollock@atg.in.gov

Adriana Katzen
OFFICE OF CORPORATION COUNSEL
CITY OF INDIANAPOLIS
200 E. Washington Street
Suite 1601
Indianapolis, IN 46204
317-327-4055
317-327-3968 (fax)
adriana.katzen@indy.gov

    King, by counsel, sent the same via email to Magistrate Judge Mark J. Dinsmore at MJDinsmore@insd.uscourts.gov.

Dated: December 1, 2014               Respectfully submitted,

                                      *s/ Alex Beeman*
                                      Andrea L. Ciobanu, #28942-49
                                      Alex Beeman, #31222-49
                                      CIOBANU LAW, P.C.
                                      8910 Purdue Road, Suite 240
                                      Indianapolis, IN 46268
                                      Phone: (317) 495-1090
                                      Fax: (866) 841-2071
                                      Email: aciobanu@ciobanulaw.com
                                      Email: abeeman@ciobanulaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2014 a copy of this document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      *s/ Alex Beeman*
                                      Andrea L. Ciobanu, #28942-49
                                      Alex Beeman, #31222-49
                                      CIOBANU LAW, P.C.
                                      8910 Purdue Road, Suite 240
                                      Indianapolis, IN 46268
                                      Phone: (317) 495-1090
                                      Fax: (866) 841-2071
                                      Email: aciobanu@ciobanulaw.com
                                      Email: abeeman@ciobanulaw.com