with a party or counsel without disclosing such relations to the Court.

Further, Provider agrees and warrants that Provider shall keep confidential all information of which Provider is made aware during the course of providing services under this Agreement. Provider hereby is expressly prohibited from divulging the content of any verbal or written statement which Provider has translated under this Agreement to any person other than the Court, the Court's employees, the parties, and the attorneys for the parties who are directly involved in the provision of Provider's services. This prohibition shall survive the termination of this Agreement, and the failure to abide by this prohibition shall constitute a material breach of this Agreement.

SECTION 4. SCHEDULE

Provider shall perform the services pursuant to this Agreement on an "as needed" basis, to be determined solely by the Court. The Court agrees to make its best efforts to notify Provider as far in advance of the required services as possible. Such notices may be made by telephone or by facsimile, and shall include the date, time and place, and if known, the approximate length of time, the services will be needed.

Provider agrees to make its best efforts to provide services at the time and place specified in the Court's notice; if Provider is unable to do so, Provider shall immediately notify the Court by telephone and further will advise the Court of the reason it is unavailable, and the earliest time it will become available.

SECTION 5. COMPENSATION AND BILLING

For services performed under this Agreement, the Court shall pay the Provider according to the schedule on Addendum B. The Court shall make best efforts to make payment within thirty (30) days after the Court's receipt of proper invoice from provider. The amount of the contract shall not exceed Forty Thousand Dollars ($40,000.00) for each calendar year.

**In order to be paid, the Contractor will provide a dated, numbered invoice that indicates the month and day for which the services detailed above are provided. There must be documentation from each court that indicates the Provider was present for the hearing and provided interpretive language services and the time period for which the services were provided. There must be an original signature not a stamp on this document.**

SECTION 6. TERMINATION

The Court may terminate this Agreement without notice for just cause, and either party may terminate this Agreement for convenience upon thirty (30) days prior written notice of termination to the other party.

SECTION 7. LIABILITY OF PARTIES

Provider agrees to indemnify and hold harmless Marion County, Indiana, the Court and its officers, agents, officials, and employees for any and all claims, actions, causes of action and judgments arising out of any negligent act or omission by Provider. Such indemnity shall include attorney's fees and all costs and other expenses arising therefrom or incurred in connection therewith.

SECTION 8. INDEPENDENT CONTRACTOR

The parties agree that Provider is an independent contractor as that term is commonly used, and that Provider's officers, employees and agents are not an employee of the Court. As such, the Court has no

13

responsibility whatsoever for any taxes and none shall be withheld from the sums paid to Provider. Provider acknowledges that the Court for any loss of any kind whatsoever does not insure Provider in any manner, and that Provider has no authority, express or implied, to bind or obligate the Court in any way.

**The Court does not provide offices, copiers, computers, phones, or voice mail those are the sole responsibility of the contractor. Furthermore, the Courts' copier codes, computers and phones are not to be used by the Provider. The Provider must make provisions for copies either by obtaining a copy code by Xerox and obtaining direct billing or by some other manner.**

**Additionally, as an independent contractor the Provider is expected to provide for his/her own parking at any of the Court locations unless there is public parking otherwise provided.**

SECTION 9. AMENDMENT

This Agreement may be amended, modified, renewed or supplemented only by a written instrument signed by each of the parties hereto, and any amendment may pertain to one or more of the provisions of the Agreement without affecting the other provisions of this Agreement.

SECTION 10. NOTICE

Any notice, invoice, order other correspondence required to be sent in writing under this Agreement shall be sent by first-class U.S. mail addressed as follows:

| to the Provider: | to the Court: |
|---|---|
| Indianapolis Interpreters, Inc.<br>902 E. 66 Street Ste B<br>Indianapolis, IN 46220<br>Attn: Chris Waters, President | Office of the Court Administrator<br>200 E. Washington St., Suite T1221<br>Indianapolis, IN 46204 |

SECTION 11. APPLICABLE LAWS

This Agreement shall be governed by the laws of the State of Indiana and by all municipal ordinances and codes of the City of Indianapolis and Marion County, Indiana, as the same shall be in full force and effect upon the date this Agreement is executed.

SECTION 12. WAIVER

The Court's delay or inaction in pursuing its remedies set forth in this Agreement, or available by law, shall not operate as a waiver of any of the Court's rights or remedies contained herein, or available by law.

SECTION 13. SEVERABILITY

If any provision of this Agreement is held to be invalid, illegal or unenforceable by a court of competent jurisdiction, the provision shall be stricken, and all other provisions of the Agreement that can operate independently of such stricken provision shall continue in full force and effect.

SECTION 14. CERTIFICATION

The state of Indiana provides Certification for Spanish Interpreters. Providers that deliver Spanish interpretive language services must be certified by the State of Indiana. This certification must be obtained at the Provider's cost.

SECTION 15. CRIMINAL BACKGROUND CHECK

The Provider's employees and agents who perform services under this Agreement must first submit to a criminal background check, and the Court will review the results of this background check. The Court may refuse to accept services from any of Provider's employees or agents upon discovery of any criminal or other conduct, or convictions that would be inappropriate for such individuals providing services to the Court.

SECTION 16. AUTHORITY TO BIND PROVIDER

Notwithstanding anything in this Agreement to the contrary, the signatory for the Provider represents that he/she has been duly authorized to execute agreements on behalf of the Provider designated above, and has obtained all necessary or applicable approval from the home office of the Provider to make this Agreement fully binding upon the Provider when his/her signature is affixed and accepted by the Court.

SECTION 17. SUBCONTRACTING

The parties agree that Provider shall not subcontract, assign or delegate any portion of this Agreement or the services to be performed hereunder without prior written approval of Court. In the event that Court approves of any such subcontracting, assignment or delegation, Provider shall remain solely responsible for managing, directing and paying the person or persons to whom such responsibilities or obligations are sublet, assigned or delegated. Court shall have no obligation whatsoever toward such persons. Provider shall take sole responsibility for the quality and quantity of any services rendered by such persons. Any consent given in accordance with this provision shall not be construed to relieve Provider of any responsibility for performing under this Agreement.

SECTION 18. ENTIRE AGREEMENT

This Agreement represents the entire understanding between Provider and the Court as to the subject matter provided herein, and supersedes all prior oral or written negotiation, representations and same-subject contracts between Provider and the Court.

*(Signature page to follow.)*

*Addendum "A"*



# Indianapolis Interpreters, Inc.
*your language connection*

We offer 24 hour a day interpreting and translating services in the following languages. Our database of languages continues to grow, so please do not hesitate to ask for a language not listed here!

- Albanian
- Amharic
- Arabic
- Armenian
- ASL (American Sign Language)
- Azari
- Bambara
- Bengali
- Bulgarian
- Burmese (Chin, Karen, & Karenni)
- Cambodian
- Chinese-Mandarin
- Chinese-Cantonese
- Creole
- Croatian/Serbian/Bosnian
- Czech
- Danish
- Dari
- Dutch
- English
- Finnish
- Filipino
- French
- Fulani
- German
- Grebo
- Greek
- Gujurati
- Hausa
- Hindi
- Hmong
- Hungarian
- Indonesian Dialects/Bahasa/Malay
- Italian
- Japanese
- Korean
- Laotian
- Latvian
- Lithuanian
- Macedonian
- Mongolian
- Nepali
- Pashtu
- Persian/Farsi
- Polish
- Portuguese
- Pulaar
- Punjabi
- Romanian
- Russian
- Sanike
- Slovak
- Somali
- Spanish
- Swahili
- Swedish
- Tagalog
- Telugu
- Thai
- Tigrinya
- Torunga
- Turkish
- Twi
- Ukrainian
- Urdu
- Vietnamese
- Western Krahn
- Wolof
- Yoruba

902 E.66th Street Suite B  Indianapolis, Indiana 46220
PH: 317-341-4137  Fax: 317-624-9522  EMAIL info@indianapolisinterpreters.com
www.indianapolisinterpreters.com

## ADDENDUM "B"

## Rates for translation and Interpretation Services

### ON-SITE INTERPRETATION
- 2 hour minimum
- Spanish and ASL - $60/hr.
- All other languages - $50/hr.
- Call center and interpreters available 24 hours a day

### WRITTEN INTERPRETATION
- Interpretation of documents, websites, presentations and evidentiary materials
- Individualized quotes provided (quotes may vary by language

### Quality, Price and Confidentiality

**How can I be sure that your work is of highest quality?**
Indianapolis Interpreters is committed to provide its clients with the highest quality interpretation and interpretation services by assigning a project manager and a team of language professionals to each client's project.

**How do you decide on the price for interpretation work?**
Written interpretation projects are based on the document word count of the target language. Rates differ from various languages, normal and rush jobs, small and volume assignments. We will give you a fixed quote upon learning the details of your project.

**How do you ensure confidentiality of my information?**
All Indianapolis Interpreters' translators and interpreters abide by the Translators' Professional Code of Ethics set by professional translator associations around the world. This implies full confidentiality and non-disclosure of all information. All translators and interpreters are bound by HIPPA laws.

INDIANAPOLIS INTERPRETERS, INC.  8035 Claridge Road, Indianapolis, IN 46260
24 hour call center: 317-341-4137  Fax: 317-624-9522
For more information email chris@indianapolisinterpreters.com or go to www.indianapolisinterpreters.com

17

IN WITNESS WHEREOF, the Court and Provider have executed this Agreement on the dates shown below.

**MARION SUPERIOR COURT** ("Court")

By: _____    Date: 15 February 2013
Hon. David J. Certo
Presiding Judge

By: _____    Date: 2/15/13
Hon. James Osborn
Associate Presiding Judge

By: _____    Date: 02-15-13
Hon. Becky F. Pierson-Treacy
Associate Presiding Judge

By: _____    Date: 2/15/13
Hon. Marc T. Rothenberg
Associate Presiding Judge

**INDIANAPOLIS INTERPRETERS, INC.** ("Provider")

By: _____    Date: 2-3-13
Christopher Waters, President

APPROVED AS TO FORM AND LEGALITY:

By: _____    Date: 2/12/13
Richard McDemott
Assistant Corporation Counsel

18

| FUND | ACCOUNT | DEPARTMENT | 2013 Budget Adopted 2013 Total Year |
|---|---|---|---|
| 10101 - COUNTY GENERAL FUND | 6211002 - PRINTING AND COPYING SUPPLIES | 3902EC-MSC-Environmental Court | 475 |
| 10101 - COUNTY GENERAL FUND | 6211007 - PAPER | 3902EC-MSC-Environmental Court | 475 |
| 10101 - COUNTY GENERAL FUND | 6211013 - OTHER GENERAL OFFICE SUPPLIES | 3902EC-MSC-Environmental Court | 1,900 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 3902EC-MSC-Environmental Court | 10,746 |
| 10101 - COUNTY GENERAL FUND | 6315507 - JUDICIAL SUPPLEMENT-STATE | 3902EC-MSC-Environmental Court | 5,073 |
| 10101 - COUNTY GENERAL FUND | 6321001 - POSTAGE & MAIL SERVICES | 3902EC-MSC-Environmental Court | 238 |
| 10101 - COUNTY GENERAL FUND | 6322001 - ISA TELEPHONE SERVICE | 3902EC-MSC-Environmental Court | 1,000 |
| 10101 - COUNTY GENERAL FUND | 6361005 - OTHER FACILITY LEASE & RENTAL | 3902EC-MSC-Environmental Court | 88,419 |
| 10101 - COUNTY GENERAL FUND | 6362001 - EQUIPMENT SHORT TERM RENTAL | 3902EC-MSC-Environmental Court | 1,914 |
| 10101 - COUNTY GENERAL FUND | 6451001 - OFFICE EQUIPMENT | 3902EC-MSC-Environmental Court | 1,119 |
| 10101 - COUNTY GENERAL FUND | 6111001 - BI-WEEKLY REGULAR SALARIES | 390ADM-MSC-Administrator | 27,894 |
| 10101 - COUNTY GENERAL FUND | 6121001 - LIFE INSURANCE | 390ADM-MSC-Administrator | 45 |
| 10101 - COUNTY GENERAL FUND | 6121002 - DISABILITY INSURANCE | 390ADM-MSC-Administrator | 63 |
| 10101 - COUNTY GENERAL FUND | 6121003 - HEALTH INSURANCE | 390ADM-MSC-Administrator | 4,677 |
| 10101 - COUNTY GENERAL FUND | 6122002 - WELLNESS & EAP | 390ADM-MSC-Administrator | 101 |
| 10101 - COUNTY GENERAL FUND | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390ADM-MSC-Administrator | 3,487 |
| 10101 - COUNTY GENERAL FUND | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390ADM-MSC-Administrator | 2,134 |
| 10101 - COUNTY GENERAL FUND | 6211002 - PRINTING AND COPYING SUPPLIES | 390ADM-MSC-Administrator | 713 |
| 10101 - COUNTY GENERAL FUND | 6211007 - PAPER | 390ADM-MSC-Administrator | 1,663 |
| 10101 - COUNTY GENERAL FUND | 6211013 - OTHER GENERAL OFFICE SUPPLIES | 390ADM-MSC-Administrator | 1,250 |
| 10101 - COUNTY GENERAL FUND | 6221001 - GASOLINE | 390ADM-MSC-Administrator | 5,452 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 390ADM-MSC-Administrator | 16,930 |
| 10101 - COUNTY GENERAL FUND | 6321001 - POSTAGE & MAIL SERVICES | 390ADM-MSC-Administrator | 2,867 |
| 10101 - COUNTY GENERAL FUND | 6322001 - ISA TELEPHONE SERVICE | 390ADM-MSC-Administrator | 14,142 |
| 10101 - COUNTY GENERAL FUND | 6322004 - TELEPHONE-CELLULAR | 390ADM-MSC-Administrator | 2,556 |
| 10101 - COUNTY GENERAL FUND | 6322011 - OUTSIDE TELEPHONE SERVICE | 390ADM-MSC-Administrator | 3,040 |
| 10101 - COUNTY GENERAL FUND | 6323001 - CONFERENCE/TRAINING FEES | 390ADM-MSC-Administrator | 950 |
| 10101 - COUNTY GENERAL FUND | 6323502 - EE RMBRSMNT-AUTO MILAG IN CNTY | 390ADM-MSC-Administrator | 950 |
| 10101 - COUNTY GENERAL FUND | 6332001 - COPYING SERVICES | 390ADM-MSC-Administrator | 882 |
| 10101 - COUNTY GENERAL FUND | 6341006 - OTHER INSURANCE | 390ADM-MSC-Administrator | 2,289 |

| FUND | ACCOUNT | DEPARTMENT | 2013 Budget Adopted 2013 Total Year |
|---|---|---|---|
| 10101 - COUNTY GENERAL FUND | 6352001 - VEHICLE EQUIP MAINT & REPAIR | 390ADM-MSC-Administrator | 5,452 |
| 10101 - COUNTY GENERAL FUND | 6361004 - PARKING SPACE RENTAL | 390ADM-MSC-Administrator | 900 |
| 10101 - COUNTY GENERAL FUND | 6362001 - EQUIPMENT SHORT TERM RENTAL | 390ADM-MSC-Administrator | 425 |
| 10101 - COUNTY GENERAL FUND | 6364001 - BUILDING RENT - BLDG AUTHORITY | 390ADM-MSC-Administrator | 69,445 |
| 10101 - COUNTY GENERAL FUND | 6381001 - MEMBERSHIP DUES | 390ADM-MSC-Administrator | 713 |
| 10101 - COUNTY GENERAL FUND | 6384673 - CORP COUNSEL CHARGE-LEGAL SVC | 390ADM-MSC-Administrator | 33,077 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6111001 - BI-WEEKLY REGULAR SALARIES | 390ADM-MSC-Administrator | 6,867 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121001 - LIFE INSURANCE | 390ADM-MSC-Administrator | 7 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121002 - DISABILITY INSURANCE | 390ADM-MSC-Administrator | 15 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121003 - HEALTH INSURANCE | 390ADM-MSC-Administrator | 1,222 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6122002 - WELLNESS & EAP | 390ADM-MSC-Administrator | 15 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390ADM-MSC-Administrator | 858 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390ADM-MSC-Administrator | 525 |
| 20521 - DEFERRAL PROGRAM FEE | 6111001 - BI-WEEKLY REGULAR SALARIES | 390ADM-MSC-Administrator | 93,000 |
| 20521 - DEFERRAL PROGRAM FEE | 6121001 - LIFE INSURANCE | 390ADM-MSC-Administrator | 45 |
| 20521 - DEFERRAL PROGRAM FEE | 6121002 - DISABILITY INSURANCE | 390ADM-MSC-Administrator | 209 |
| 20521 - DEFERRAL PROGRAM FEE | 6121003 - HEALTH INSURANCE | 390ADM-MSC-Administrator | 4,329 |
| 20521 - DEFERRAL PROGRAM FEE | 6122002 - WELLNESS & EAP | 390ADM-MSC-Administrator | 101 |
| 20521 - DEFERRAL PROGRAM FEE | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390ADM-MSC-Administrator | 11,625 |
| 20521 - DEFERRAL PROGRAM FEE | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390ADM-MSC-Administrator | 7,115 |
| 20381 - DIVERSION | 6111001 - BI-WEEKLY REGULAR SALARIES | 390ADM-MSC-Administrator | 38,911 |
| 20381 - DIVERSION | 6121001 - LIFE INSURANCE | 390ADM-MSC-Administrator | 38 |
| 20381 - DIVERSION | 6121002 - DISABILITY INSURANCE | 390ADM-MSC-Administrator | 88 |
| 20381 - DIVERSION | 6121003 - HEALTH INSURANCE | 390ADM-MSC-Administrator | 6,925 |
| 20381 - DIVERSION | 6122002 - WELLNESS & EAP | 390ADM-MSC-Administrator | 86 |
| 20381 - DIVERSION | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390ADM-MSC-Administrator | 4,864 |
| 20381 - DIVERSION | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390ADM-MSC-Administrator | 2,977 |
| 10101 - COUNTY GENERAL FUND | 6211013 - OTHER GENERAL OFFICE SUPPLIES | 390AIT-MSC - Interpreters | 1,000 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 390AIT-MSC - Interpreters | 5,643 |
| 10101 - COUNTY GENERAL FUND | 6321001 - POSTAGE & MAIL SERVICES | 390AIT-MSC - Interpreters | 930 |

20

| FUND | ACCOUNT | DEPARTMENT | 2013 Budget Adopted 2013 Total Year |
|---|---|---|---|
| 10101 - COUNTY GENERAL FUND | 6322004 - TELEPHONE-CELLULAR | 390AIT-MSC - Interpreters | 6,180 |
| 10101 - COUNTY GENERAL FUND | 6323001 - CONFERENCE/TRAINING FEES | 390AIT-MSC - Interpreters | 1,500 |
| 10101 - COUNTY GENERAL FUND | 6362001 - EQUIPMENT SHORT TERM RENTAL | 390AIT-MSC - Interpreters | 425 |
| 21051 - STATE GRANTS | 6315508 - INTERPRETER FEES | 390AIT-MSC - Interpreters | 25,000 |
| 10101 - COUNTY GENERAL FUND | 6111001 - BI-WEEKLY REGULAR SALARIES | 390ANE-MSC-Northeast Casework | 1,144,024 |
| 10101 - COUNTY GENERAL FUND | 6121001 - LIFE INSURANCE | 390ANE-MSC-Northeast Casework | 1,215 |
| 10101 - COUNTY GENERAL FUND | 6121002 - DISABILITY INSURANCE | 390ANE-MSC-Northeast Casework | 2,551 |
| 10101 - COUNTY GENERAL FUND | 6121003 - HEALTH INSURANCE | 390ANE-MSC-Northeast Casework | 211,001 |
| 10101 - COUNTY GENERAL FUND | 6122002 - WELLNESS & EAP | 390ANE-MSC-Northeast Casework | 2,727 |
| 10101 - COUNTY GENERAL FUND | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390ANE-MSC-Northeast Casework | 141,722 |
| 10101 - COUNTY GENERAL FUND | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390ANE-MSC-Northeast Casework | 86,734 |
| 10101 - COUNTY GENERAL FUND | 6211002 - PRINTING AND COPYING SUPPLIES | 390ANE-MSC-Northeast Casework | 1,425 |
| 10101 - COUNTY GENERAL FUND | 6211007 - PAPER | 390ANE-MSC-Northeast Casework | 2,375 |
| 10101 - COUNTY GENERAL FUND | 6211013 - OTHER GENERAL OFFICE SUPPLIES | 390ANE-MSC-Northeast Casework | 1,425 |
| 10101 - COUNTY GENERAL FUND | 6221001 - GASOLINE | 390ANE-MSC-Northeast Casework | 9,366 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 390ANE-MSC-Northeast Casework | 88,839 |
| 10101 - COUNTY GENERAL FUND | 6321001 - POSTAGE & MAIL SERVICES | 390ANE-MSC-Northeast Casework | 2,542 |
| 10101 - COUNTY GENERAL FUND | 6322001 - ISA TELEPHONE SERVICE | 390ANE-MSC-Northeast Casework | 10,000 |
| 10101 - COUNTY GENERAL FUND | 6322004 - TELEPHONE-CELLULAR | 390ANE-MSC-Northeast Casework | 811 |
| 10101 - COUNTY GENERAL FUND | 6323001 - CONFERENCE/TRAINING FEES | 390ANE-MSC-Northeast Casework | 4,750 |
| 10101 - COUNTY GENERAL FUND | 6332001 - COPYING SERVICES | 390ANE-MSC-Northeast Casework | 2,350 |
| 10101 - COUNTY GENERAL FUND | 6352001 - VEHICLE EQUIP MAINT & REPAIR | 390ANE-MSC-Northeast Casework | 9,366 |
| 10101 - COUNTY GENERAL FUND | 6361005 - OTHER FACILITY LEASE & RENTAL | 390ANE-MSC-Northeast Casework | 119,660 |
| 10101 - COUNTY GENERAL FUND | 6362001 - EQUIPMENT SHORT TERM RENTAL | 390ANE-MSC-Northeast Casework | 1,914 |
| 10101 - COUNTY GENERAL FUND | 6381001 - MEMBERSHIP DUES | 390ANE-MSC-Northeast Casework | 1,900 |
| 10101 - COUNTY GENERAL FUND | 6111001 - BI-WEEKLY REGULAR SALARIES | 390ANW-MSC-Northwest Casework | 382,188 |
| 10101 - COUNTY GENERAL FUND | 6121001 - LIFE INSURANCE | 390ANW-MSC-Northwest Casework | 405 |
| 10101 - COUNTY GENERAL FUND | 6121002 - DISABILITY INSURANCE | 390ANW-MSC-Northwest Casework | 846 |
| 10101 - COUNTY GENERAL FUND | 6121003 - HEALTH INSURANCE | 390ANW-MSC-Northwest Casework | 76,687 |
| 10101 - COUNTY GENERAL FUND | 6122002 - WELLNESS & EAP | 390ANW-MSC-Northwest Casework | 909 |

21

| FUND | ACCOUNT | DEPARTMENT | 2013 Budget Adopted 2013 Total Year |
|---|---|---|---|
| 10101 - COUNTY GENERAL FUND | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390ANW-MSC-Northwest Casework | 47,018 |
| 10101 - COUNTY GENERAL FUND | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390ANW-MSC-Northwest Casework | 28,775 |
| 10101 - COUNTY GENERAL FUND | 6211002 - PRINTING AND COPYING SUPPLIES | 390ANW-MSC-Northwest Casework | 1,425 |
| 10101 - COUNTY GENERAL FUND | 6211007 - PAPER | 390ANW-MSC-Northwest Casework | 2,375 |
| 10101 - COUNTY GENERAL FUND | 6211013 - OTHER GENERAL OFFICE SUPPLIES | 390ANW-MSC-Northwest Casework | 1,425 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 390ANW-MSC-Northwest Casework | 32,903 |
| 10101 - COUNTY GENERAL FUND | 6321001 - POSTAGE & MAIL SERVICES | 390ANW-MSC-Northwest Casework | 663 |
| 10101 - COUNTY GENERAL FUND | 6323001 - CONFERENCE/TRAINING FEES | 390ANW-MSC-Northwest Casework | 4,750 |
| 10101 - COUNTY GENERAL FUND | 6361004 - PARKING SPACE RENTAL | 390ANW-MSC-Northwest Casework | 6,480 |
| 10101 - COUNTY GENERAL FUND | 6362001 - EQUIPMENT SHORT TERM RENTAL | 390ANW-MSC-Northwest Casework | 1,063 |
| 10101 - COUNTY GENERAL FUND | 6381001 - MEMBERSHIP DUES | 390ANW-MSC-Northwest Casework | 1,900 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6111001 - BI-WEEKLY REGULAR SALARIES | 390ANW-MSC-Northwest Casework | 82,674 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121001 - LIFE INSURANCE | 390ANW-MSC-Northwest Casework | 90 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121002 - DISABILITY INSURANCE | 390ANW-MSC-Northwest Casework | 186 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121003 - HEALTH INSURANCE | 390ANW-MSC-Northwest Casework | 9,355 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6122002 - WELLNESS & EAP | 390ANW-MSC-Northwest Casework | 202 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390ANW-MSC-Northwest Casework | 10,334 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390ANW-MSC-Northwest Casework | 6,325 |
| 10101 - COUNTY GENERAL FUND | 6111001 - BI-WEEKLY REGULAR SALARIES | 390APC-MSC-APC | 24,327 |
| 10101 - COUNTY GENERAL FUND | 6121001 - LIFE INSURANCE | 390APC-MSC-APC | 45 |
| 10101 - COUNTY GENERAL FUND | 6121002 - DISABILITY INSURANCE | 390APC-MSC-APC | 55 |
| 10101 - COUNTY GENERAL FUND | 6121003 - HEALTH INSURANCE | 390APC-MSC-APC | 7,098 |
| 10101 - COUNTY GENERAL FUND | 6122002 - WELLNESS & EAP | 390APC-MSC-APC | 101 |
| 10101 - COUNTY GENERAL FUND | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390APC-MSC-APC | 3,041 |
| 10101 - COUNTY GENERAL FUND | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390APC-MSC-APC | 1,861 |
| 10101 - COUNTY GENERAL FUND | 6211002 - PRINTING AND COPYING SUPPLIES | 390APC-MSC-APC | 2,850 |
| 10101 - COUNTY GENERAL FUND | 6211007 - PAPER | 390APC-MSC-APC | 5,225 |
| 10101 - COUNTY GENERAL FUND | 6211013 - OTHER GENERAL OFFICE SUPPLIES | 390APC-MSC-APC | 1,425 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 390APC-MSC-APC | 186,233 |
| 10101 - COUNTY GENERAL FUND | 6315508 - INTERPRETER FEES | 390APC-MSC-APC | 8,000 |

22

| FUND | ACCOUNT | DEPARTMENT | 2013 Budget Adopted 2013 Total Year |
|---|---|---|---|
| 10101 - COUNTY GENERAL FUND | 6321001 - POSTAGE & MAIL SERVICES | 390APC-MSC-APC | 41 |
| 10101 - COUNTY GENERAL FUND | 6322001 - ISA TELEPHONE SERVICE | 390APC-MSC-APC | 2,000 |
| 10101 - COUNTY GENERAL FUND | 6322004 - TELEPHONE-CELLULAR | 390APC-MSC-APC | 1,109 |
| 10101 - COUNTY GENERAL FUND | 6332001 - COPYING SERVICES | 390APC-MSC-APC | 2,500 |
| 10101 - COUNTY GENERAL FUND | 6362001 - EQUIPMENT SHORT TERM RENTAL | 390APC-MSC-APC | 1,275 |
| 10101 - COUNTY GENERAL FUND | 6382008 - OTHER PERIODICALS | 390APC-MSC-APC | 1,227 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6111001 - BI-WEEKLY REGULAR SALARIES | 390APC-MSC-APC | 1,227,050 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121001 - LIFE INSURANCE | 390APC-MSC-APC | 1,383 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121002 - DISABILITY INSURANCE | 390APC-MSC-APC | 2,747 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121003 - HEALTH INSURANCE | 390APC-MSC-APC | 227,715 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6122002 - WELLNESS & EAP | 390APC-MSC-APC | 3,103 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390APC-MSC-APC | 152,631 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390APC-MSC-APC | 93,410 |
| 20351 - COMM & GUARDIAN AD LITEM FI | 6111001 - BI-WEEKLY REGULAR SALARIES | 390APC-MSC-APC | 128,072 |
| 20351 - COMM & GUARDIAN AD LITEM FI | 6121001 - LIFE INSURANCE | 390APC-MSC-APC | 56 |
| 20351 - COMM & GUARDIAN AD LITEM FI | 6121002 - DISABILITY INSURANCE | 390APC-MSC-APC | 288 |
| 20351 - COMM & GUARDIAN AD LITEM FI | 6121003 - HEALTH INSURANCE | 390APC-MSC-APC | 7,904 |
| 20351 - COMM & GUARDIAN AD LITEM FI | 6122002 - WELLNESS & EAP | 390APC-MSC-APC | 126 |
| 20351 - COMM & GUARDIAN AD LITEM FI | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390APC-MSC-APC | 16,009 |
| 20351 - COMM & GUARDIAN AD LITEM FI | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390APC-MSC-APC | 9,798 |
| 10101 - COUNTY GENERAL FUND | 6221001 - GASOLINE | 390ASO-MSC-Southside Casework | 3,086 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 390ASO-MSC-Southside Casework | 98,710 |
| 10101 - COUNTY GENERAL FUND | 6315508 - INTERPRETER FEES | 390ASO-MSC-Southside Casework | 10,000 |
| 10101 - COUNTY GENERAL FUND | 6321001 - POSTAGE & MAIL SERVICES | 390ASO-MSC-Southside Casework | 3,212 |
| 10101 - COUNTY GENERAL FUND | 6322001 - ISA TELEPHONE SERVICE | 390ASO-MSC-Southside Casework | 10,000 |
| 10101 - COUNTY GENERAL FUND | 6322004 - TELEPHONE-CELLULAR | 390ASO-MSC-Southside Casework | 811 |
| 10101 - COUNTY GENERAL FUND | 6332001 - COPYING SERVICES | 390ASO-MSC-Southside Casework | 3,267 |
| 10101 - COUNTY GENERAL FUND | 6352001 - VEHICLE EQUIP MAINT & REPAIR | 390ASO-MSC-Southside Casework | 3,086 |
| 10101 - COUNTY GENERAL FUND | 6361005 - OTHER FACILITY LEASE & RENTAL | 390ASO-MSC-Southside Casework | 100,596 |
| 10101 - COUNTY GENERAL FUND | 6362001 - EQUIPMENT SHORT TERM RENTAL | 390ASO-MSC-Southside Casework | 957 |

| FUND | ACCOUNT | DEPARTMENT | 2013 Budget Adopted Total Year |
|---|---|---|---|
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6111001 - BI-WEEKLY REGULAR SALARIES | 390ASO-MSC-Southside Casework | 1,297,227 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121001 - LIFE INSURANCE | 390ASO-MSC-Southside Casework | 1,350 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121002 - DISABILITY INSURANCE | 390ASO-MSC-Southside Casework | 2,877 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121003 - HEALTH INSURANCE | 390ASO-MSC-Southside Casework | 218,093 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6122002 - WELLNESS & EAP | 390ASO-MSC-Southside Casework | 3,030 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390ASO-MSC-Southside Casework | 159,809 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390ASO-MSC-Southside Casework | 97,803 |
| 10101 - COUNTY GENERAL FUND | 6111001 - BI-WEEKLY REGULAR SALARIES | 390CAO-MSC-Capp | 103,247 |
| 10101 - COUNTY GENERAL FUND | 6121001 - LIFE INSURANCE | 390CAO-MSC-Capp | 90 |
| 10101 - COUNTY GENERAL FUND | 6121002 - DISABILITY INSURANCE | 390CAO-MSC-Capp | 232 |
| 10101 - COUNTY GENERAL FUND | 6121003 - HEALTH INSURANCE | 390CAO-MSC-Capp | 12,852 |
| 10101 - COUNTY GENERAL FUND | 6122002 - WELLNESS & EAP | 390CAO-MSC-Capp | 202 |
| 10101 - COUNTY GENERAL FUND | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390CAO-MSC-Capp | 12,906 |
| 10101 - COUNTY GENERAL FUND | 6124001 - EMPLOYER'S SHARE OF SOCIAL SEC | 390CAO-MSC-Capp | 7,898 |
| 10101 - COUNTY GENERAL FUND | 6211002 - PRINTING AND COPYING SUPPLIES | 390CAO-MSC-Capp | 475 |
| 10101 - COUNTY GENERAL FUND | 6211007 - PAPER | 390CAO-MSC-Capp | 998 |
| 10101 - COUNTY GENERAL FUND | 6211013 - OTHER GENERAL OFFICE SUPPLIES | 390CAO-MSC-Capp | 1,000 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 390CAO-MSC-Capp | 5,643 |
| 10101 - COUNTY GENERAL FUND | 6321001 - POSTAGE & MAIL SERVICES | 390CAO-MSC-Capp | 475 |
| 10101 - COUNTY GENERAL FUND | 6322001 - ISA TELEPHONE SERVICE | 390CAO-MSC-Capp | 360 |
| 10101 - COUNTY GENERAL FUND | 6323001 - CONFERENCE/TRAINING FEES | 390CAO-MSC-Capp | 1,500 |
| 10101 - COUNTY GENERAL FUND | 6361005 - OTHER FACILITY LEASE & RENTAL | 390CAO-MSC-Capp | 44,839 |
| 10101 - COUNTY GENERAL FUND | 6362001 - EQUIPMENT SHORT TERM RENTAL | 390CAO-MSC-Capp | 348 |
| 10101 - COUNTY GENERAL FUND | 6315003 - ISA COMPUTER SVC CHARGES | 390COM-MSC-Commissioners | 73,365 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6111001 - BI-WEEKLY REGULAR SALARIES | 390COM-MSC-Commissioners | 841,216 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121001 - LIFE INSURANCE | 390COM-MSC-Commissioners | 385 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121002 - DISABILITY INSURANCE | 390COM-MSC-Commissioners | 1,750 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6121003 - HEALTH INSURANCE | 390COM-MSC-Commissioners | 94,695 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6122002 - WELLNESS & EAP | 390COM-MSC-Commissioners | 864 |
| 20501 - PUBLIC SAFETY INCOME TAX FUN | 6123001 - PUBLIC EMPLOYEES RETIREMNT FND | 390COM-MSC-Commissioners | 105,152 |

24