

**Ciobanu Law, P.C.**
8910 Purdue Rd
Ste 240
Indianapolis, IN 46268
Phone: 317-495-1090

# Invoice

Privileged & Confidential

Invoice #: 338
Invoice Date: 5/11/2013
Due Date: 5/26/2013

**Bill To:**
Dustin King
6711 Ossington Drive
Indianapolis, IN 46254

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 3/24/2013 | Initial Conflicts check and intake; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Drafting of retention agreement, third party communications and third party waiver; Open file and database for new matter. | 3.1 | 200.00 | 620.00 |
| 4/1/2013 | Legal Representation - Andrea L. Ciobanu Drafted Motion for Contempt and Motion for Mediation; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Formal filing with the court and courtesy copies upon pro se Mother. | 1.4 | 200.00 | 280.00 |
| 4/3/2013 | Legal Representation - Andrea L. Ciobanu ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.2 | 200.00 | 40.00 |
| 4/12/2013 | Legal Representation - Andrea L. Ciobanu ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.3 | 200.00 | 60.00 |
| 4/19/2013 | Law Clerk Services Electronic mail correspondence with opposing counsel inquiring to the status of Petitioner's status on her financial declaration form. The financial declaration form was received by the other side and Mr. King's was filed with Marion County Court. | 0.4 | 100.00 | 40.00 |
| | Professional courtesy discount. | | -400.00 | -400.00 |

| | | |
|---|---|---|
| Total | | $640.00 |
| Payments/Credits | | -$640.00 |
| Balance Due | | $0.00 |

Exhibit 4-A

CiobanuLaw.com

DAK0067



**Ciobanu Law, P.C.**
8910 Purdue Rd
Ste 240
Indianapolis, IN 46268
Phone: 317-495-1090

# Invoice
Privileged & Confidential

Invoice #: 369
Invoice Date: 7/6/2013
Due Date: 7/21/2013

**Bill To:**
Dustin King
6711 Ossington Drive
Indianapolis, IN 46254

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 5/9/2013 | Law Clerk Services<br>Telephonic conference with Marion County Court inquiring about the Mediation Request for Mr. King. The Clerk stated that it would be a couple of weeks before a decision was made regarding the mediation request. | 0.2 | 100.00 | 20.00 |
| 6/14/2013 | Legal Representation - Andrea L. Ciobanu<br>Receipt and review of court's order that this matter is set for hearing in September for one hour; | 0.2 | 200.00 | 40.00 |
| 6/22/2013 | Legal Representation - Andrea L. Ciobanu | 0.2 | 200.00 | 40.00 |
| 6/26/2013 | Legal Representation - Andrea L. Ciobanu<br>Drafting Motion and Memorandum in support of the court providing an interpreter at mediation. | 3.5 | 200.00 | 700.00 |
|  | Professional courtesy discount. (No Charge for Memorandum in supper of court providing an interpreter at their expense.) |  | -700.00 | -700.00 |
| 6/26/2013 | Legal Representation - Andrea L. Ciobanu<br>Receipt and review of motion from Mother requesting to limit parenting time and other matters; | 0.5 | 200.00 | 100.00 |
| 6/27/2013 | Legal Representation - Andrea L. Ciobanu<br>Finalized Memorandum and Motion; Formal filing in court and service copies upon Opposing Counsel with courtesy copies to Mr. King; | 2.5 | 200.00 | 500.00 |
|  | Professional courtesy discount. (No Charge for Memorandum pertaining to interpreting issues.) |  | -500.00 | -500.00 |

Total

Payments/Credits

Balance Due

Page 1
Ciobanulaw.com

DAK0068



**Ciobanu Law, P.C.**
8910 Purdue Rd
Ste 240
Indianapolis, IN 46268
Phone: 317-495-1090

# Invoice
Privileged & Confidential

Invoice #: 369
Invoice Date: 7/6/2013
Due Date: 7/21/2013

**Bill To:**
Dustin King
6711 Ossington Drive
Indianapolis, IN 46254

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 6/27/2013 | Legal Representation - Andrea L. Ciobanu ▮▮▮▮, Continued editing response to Court regarding parenting time issues. | 0.5 | 200.00 | 100.00 |
| 6/10/2013 | Legal Representation - Andrea L. Ciobanu Drafted a Motion and Order to Correct Child Support Payments as well as a Notice of Double Child Support Payments. The necessary copies and envelopes were made and sent to all parties of record; ▮▮▮▮ | 1.4 | 200.00 | 280.00 |
| 6/18/2013 | Law Clerk Services Drafted a Petition and Order in Support of Request For A Court-Appointed Interpreter. The necessary copies and envelopes were made and sent via United States Mail, Postage Pre-Paid to all parties of record. | 0.6 | 100.00 | 60.00 |
| 6/26/2013 | Law Clerk Services ▮▮▮▮ | 0.1 | 100.00 | 10.00 |
| 6/27/2013 | Law Clerk Services Review of file. Drafted a Response to Petitioner's Verified Motion to Modify Parenting Time. ▮▮▮▮ | 1.5 | 100.00 | 150.00 |
| 6/28/2013 | Law Clerk Services ▮▮▮▮ The necessary corrections and additions were made to Mr. King's Agreed Entry. | 1.1 | 100.00 | 110.00 |
| 6/26/2013 | Legal Representation - Andrea L. Ciobanu Revise and Draft Motion regarding Interpreter for Mediation. Reviewed Case Law pertaining to Indiana law regarding court appointed mediators. | 1.6 | 200.00 | 320.00 |

Total

Payments/Credits

Balance Due



**Ciobanu Law, P.C.**
8910 Purdue Rd
Ste 240
Indianapolis, IN 46268
Phone: 317-495-1090

# Invoice
Privileged & Confidential

Invoice #: 369
Invoice Date: 7/6/2013
Due Date: 7/21/2013

**Bill To:**
Dustin King
6711 Ossington Drive
Indianapolis, IN 46254

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 7/7/2013 | Legal Representation - Andrea L. Ciobanu ▮▮▮▮▮; Receipt and review of paystubs with the double payment information. | 0.3 | 200.00 | 60.00 |
| 6/9/2013 | Legal Representation - Andrea L. Ciobanu Several communications with Mr. Clem regarding double payments, mediation issues, and parenting time issues; ▮▮▮▮▮ | 1.1 | 200.00 | 220.00 |
| 6/10/2013 | Legal Representation - Andrea L. Ciobanu Finalizing of all Notices and Motions ▮▮▮▮▮, Formal Filing with the court with service copies upon Mr. Clem. | 1.1 | 200.00 | 220.00 |
| | Professional courtesy discount. | | -300.00 | -300.00 |

| | |
|---|---|
| Total | $1,430.00 |
| Payments/Credits | -$1,430.00 |
| Balance Due | $0.00 |

Page 3
CiobanuLaw.com

DAK0070



**Ciobanu Law, P.C.**
8910 Purdue Rd
Ste 240
Indianapolis, IN 46268
Phone: 317-495-1090

# Invoice

Privileged & Confidential

Invoice #: 422
Invoice Date: 9/7/2013
Due Date: 9/22/2013

**Bill To:**
Dustin King
6711 Ossington Drive
Indianapolis, IN 46254

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 7/1/2013 | Law Clerk Services — Made the necessary additions and corrections to the Response to Petitioner's Motion Regarding Child Custody. | 0.2 | 100.00 | 20.00 |
| 7/1/2013 | Legal Representation - Andrea L. Ciobanu — Finalized response to Petitioner's Request For Modification of Parenting Time; | 0.5 | 200.00 | 100.00 |
| 7/2/2013 | Legal Representation - Andrea L. Ciobanu — Preparatory research and work on the motion for an interlocutory appeal. | 1.1 | 200.00 | 220.00 |
|  | Professional courtesy discount. No charge for appeal issues pertaining to ADA Compliance. |  | -220.00 | -220.00 |
| 7/8/2013 | Legal Representation - Andrea L. Ciobanu — Finalized Response and prepared for formal filing; Receipt and review of Order from the court | 0.4 | 200.00 | 80.00 |
| 7/10/2013 | Law Clerk Services — Reviewed case documents and researched the relevant legal issues to determine if Mr. King was paying more than required amount of child support. Determined that Mr. King was being double charged in some respects for some months, because wages were being garnished from two different places. | 0.3 | 100.00 | 30.00 |
| 7/10/2013 | Legal Representation - Andrea L. Ciobanu — Receipt and review of additional documentation; Began working on Mediation Statement. | 1.5 | 200.00 | 300.00 |
| 7/11/2013 | Law Clerk Services — Drafted an Order for the Motion Requesting an Interlocutory Appeal. | 0.5 | 100.00 | 50.00 |
|  | Professional courtesy discount. No charge for ADA Compliance issues. |  | -50.00 | -50.00 |

Total

Payments/Credits

Balance Due



**Ciobanu Law, P.C.**
8910 Purdue Rd
Ste 240
Indianapolis, IN 46268
Phone: 317-495-1090

# Invoice
Privileged & Confidential

Invoice #: 422
Invoice Date: 9/7/2013
Due Date: 9/22/2013

**Bill To:**
Dustin King
6711 Ossington Drive
Indianapolis, IN 46254

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 7/11/2013 | Legal Representation - Andrea L. Ciobanu; Finalized Mediation Statement and sent over to Mr. Cheerva in preparation for mediation; | 1.7 | 200.00 | 340.00 |
| 7/12/2013 | Legal Representation - Andrea L. Ciobanu; Finalized preparation for mediation; Drove to Mediator's Office and waited for Petitioner and her Counsel to arrive and they failed to show; Several follow up communications with Petitioner's Counsel to reset mediation and to set up parenting time for the next few weeks; | 4.1 | 200.00 | 820.00 |
|  | Professional courtesy discount due to communication issues for scheduling mediation. |  | -500.00 | -500.00 |
| 7/29/2013 | Legal Representation - Andrea L. Ciobanu; Preparation for mediation; Representation at mediation and representation at mediation; Finalized mediated settlement agreement. | 5.7 | 200.00 | 1,140.00 |
| 8/13/2013 | Legal Representation - Andrea L. Ciobanu | 0.3 | 200.00 | 60.00 |
|  | Professional courtesy discount. |  | -1,400.00 | -1,400.00 |

| | |
|---|---|
| Total | $990.00 |
| Payments/Credits | -$990.00 |
| Balance Due | $0.00 |