## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN A. KING, ) | Case No.: 1:14-cv-01092-JMS-MJD |
| Plaintiff, ) | |
| v. ) | |
| MARION CIRCUIT COURT, ) | |
| Defendant. ) | |

### RESPONSE TO PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

1. A copy of any contracts for ESL/ASL interpretation services which obliged, were utilized, or were otherwise relevant when the provision of an ESL/ASL interpreter was made by the Marion Circuit Court in 2013.

   **RESPONSE**: Defendant objects to the extent the information Plaintiff seeks is not in the possession, custody, or control of Defendant. Defendant responds by stating the requested documents are more readily accessible from a third party, and refers Plaintiff to the Court Administrator for Marion Superior Court.

2. Any documentation indicating the number of cases ordered by Marion Circuit Court to modest means mediation in 2013.

   **RESPONSE**: Defendant objects to the extent the Request is vague and ambiguous. Defendant also objects as previously stated in response to requests for production, because this request is unduly burdensome and would require a manual search of all records.


PLAINTIFF'S EXHIBIT 5

3. Any and all documentation that was used or relates to the answers of the interrogatories (both first and second set not previously produced).

**RESPONSE**: Defendant objects to this Request to the extent it is vague, overly broad, and ambiguous. Defendant cannot readily ascertain what documentation the Request seeks. Defendant also objects in that the Request seeks information protected by the attorney-client privilege to the extent it seeks attorney-client communication about issues central to this lawsuit and goes directly to the deliberate process of the parties involved.

Respectfully submitted,
GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: October 9, 2015

By: /s/ Philip A. Gordon
Philip A. Gordon, No. 31321-49
Patricia Orloff Erdmann, No. 17664-49
Betsy M. Isenberg, No. 23856-71

Deputy Attorneys General
Phone: (317) 232-6217
Email: Philip.Gordon@atg.in.gov

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Fax: (317)232-7979

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon the following individuals, and all attorneys of current record, this day of October 9, 2015 via United States mail.

Andrea L. Ciobanu, #28942-49
Alex Beeman, #31222-49
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268

Philip A. Gordon
Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6217
Fax: (317) 232-7979
Email: Philip.Gordon@atg.in.gov