## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN A. KING, | ) Case No.: 1:14-cv-01092-JMS-MJD |
| Plaintiff, | ) |
| v. | ) |
| MARION COUNTY CIRCUIT COURT, | ) |
| Defendant. | ) |

### DEFENDANT MARION CIRCUIT COURT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendant, Marion Circuit Court, by counsel, in response to Plaintiff's Request for Production of Documents, states the following: Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant, by undersigned counsel, hereby responds and objects to Plaintiff's First Set of Requests for Production of Documents as follows:

### PRELIMINARY STATEMENT

1.  Defendant's investigation and development of all facts and circumstances relating to this action is ongoing. Defendant's Responses and Objections to the First Set of Requests for Production (the "Responses and Objections") are based on the information available as of the date indicated on the last page, and Defendant reserves the right to supplement, amend, and/or withdraw these responses should future investigation indicate that such supplementation, amendment, and/or withdrawal is necessary. Defendant reserves the right to make any use of, or introduce at any hearing and/or trial, documents or information that are responsive to the Interrogatories, but are discovered subsequent to Defendant's service of these Responses and

1



Defendant is not aware of any documents responsive to this Request.

8. Any and all memorandum regarding ADA Procedures.

RESPONSE TO REQUEST NO. 8:

Defendant specifically objects to Request No. 8 to the extent it seeks information that is protected by Rule 26(b) of the Federal Rules of Civil Procedure, the deliberative process privilege, the attorney-client privilege, the attorney work product doctrine, and any other applicable privileges that may apply or may be recognized by law. Defendant objects to Request No. 8 on the grounds that it is vague and ambiguous. Defendant further objects to Request No. 8 to the extent it calls for information readily or more accessible to Plaintiff from Plaintiff's own files, documents or information in Plaintiff's possession or from a third party. Defendant further objects to the extent it is oppressive, overly broad and unduly burdensome. Subject to these and its general objections, Defendant responds as follows:

Defendant will produce any non-privileged documents found after a reasonable search that are responsive to this Request. See Bates numbers 1-72.

9. Any communications from the underlying trial court in this matter requesting assistance and/or direction in the interpreting matter.

RESPONSE TO REQUEST NO. 9:

Defendant specifically objects to Request No. 9 to the extent it seeks information that is protected by Rule 26(b) of the Federal Rules of Civil Procedure, the deliberative process privilege, the attorney-client privilege, the attorney work product doctrine, and any other applicable privileges that may apply or may be recognized by law. Defendant objects to the

14

extent it seeks information pertaining to parties and claims that were dismissed with prejudice by the Court in its Order on Defendants' Motion to Dismiss dated May 5, 2015 (DE 102). Defendant further objects to Request No. 9 on the grounds that it is vague and ambiguous. Defendant further objects to Request No. 9 to the extent it calls for information readily or more accessible to Plaintiff from Plaintiff's own files, documents or information in Plaintiff's possession or from a third party. Defendant further objects to the extent it is oppressive, overly broad and unduly burdensome. Subject to these and its general objections, Defendant responds as follows:

Based on these and its general objections, Defendant declines to respond to this Interrogatory.

10. Copies of any and all training to personnel on ADA compliance and issues, including any and all training materials and/or handouts.

RESPONSE TO REQUEST NO. 10:

Defendant specifically objects to Request No. 10 to the extent it seeks information that is protected by Rule 26(b) of the Federal Rules of Civil Procedure, the deliberative process privilege, the attorney-client privilege, the attorney work product doctrine, and any other applicable privileges that may apply or may be recognized by law. Defendant objects on the grounds that it is not relevant to a claim or defense of any party and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant objects to the extent it seeks information pertaining to parties and claims that were dismissed with prejudice by the Court in its Order on Defendants' Motion to Dismiss dated May 5, 2015 (DE 102). Defendant further objects to Request No. 10 on the grounds that it is vague and ambiguous. Defendant further

its Order on Defendants' Motion to Dismiss dated May 5, 2015 (DE 102). Defendant further objects to Request No. 13 on the grounds that it is vague and ambiguous. Defendant further objects to Request No. 13 to the extent it calls for information readily or more accessible to Plaintiff from Plaintiff's own files, documents or information in Plaintiff's possession or from a third party. Defendant further objects to the extent it is oppressive, overly broad and unduly burdensome. Subject to these and its general objections, Defendant responds as follows:

Defendant will produce any non-privileged documents found after a reasonable search that are responsive to this Request. See Bates numbers 1-78.

Respectfully submitted,
GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: June 15, 2015       By:

Patricia Orloff Erdmann
Deputy Attorney General and Chief Counsel
For Litigation
Attorney No. 17664-49
Phone: (317) 232-6318
Email: patricia.erdmann@atg.in.gov

Betsy M. Isenberg
Deputy Attorney General
Atty. No. 23856-71
Phone: (317) 232-6231
Fax: (317) 232-7979
Email: Betsy.Isenberg@atg.in.gov

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Fax: (317)232-7979

18

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served upon the following individuals, and all attorneys of current record, this 15th day of June, 2015 via United States mail.

Andrea L. Ciobanu, #28942-49
Alex Beeman, #31222-49
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268

                                      Patricia Orloff Erdmann
                                      Deputy Attorney General and Chief Counsel
                                      For Litigation

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6231
Fax: (317) 232-7979
Email: Betsy.Isenberg@atg.in.gov