UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN A. KING, | ) |
| *Plaintiff*, | ) ) ) |
| vs. | ) )  No. 1:14-cv-01092-JMS-MJD |
| MARION CIRCUIT COURT, | ) ) ) |
| *Defendant*. | ) |

**ORDER**

On September 13, 2016, the Court entered its Findings of Fact and Conclusions of Law, [Filing No. 196], and issued an Order to Show Cause why the Court should not extend the time within which to file a petition for attorneys' fees, [Filing No. 197]. Neither party filed a response to the Order to Show Cause.

IT IS THEREFORE ORDERED that the time within which plaintiff must file his petition for attorneys' fees and costs is extended to the later of: 60 days after the time for filing the notice of appeal expires, if there is no notice of appeal filed; 95 days after the Seventh Circuit issues its mandate in this case or the case is otherwise resolved in the Seventh Circuit; or, 35 days after any proceedings in the United States Supreme Court are resolved.

Date: September 22, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution: See Attached

Alex Maurice Beeman
BEEMAN LAW
alex@beemanlawoffice.com

Adriana  Katzen
BLEEKE DILLON CRANDALL, PC
adriana@bleekedilloncrandall.com

Andrea Lynn Ciobanu
CIOBANU LAW, PC
aciobanu@ciobanulaw.com

Dino L. Pollock
INDIANA ATTORNEY GENERAL
dino.pollock@atg.in.gov

Kenneth Lawson Joel
INDIANA ATTORNEY GENERAL
kenneth.joel@atg.in.gov

Philip Alan Gordon
INDIANA ATTORNEY GENERAL
philip.gordon@atg.in.gov

William M. Horne
INDIANA ATTORNEY GENERAL
whorne@hornelegal.com

Adriana  Katzen
OFFICE OF CORPORATION COUNSEL
adriana.katzen@indy.gov

Beth Ann Garrison
OFFICE OF CORPORATION COUNSEL
beth.garrison@indy.gov

Amanda J. Dinges
OFFICE OF CORPORATION COUNSEL
200 E. Washington Street
Suite 1601
Indianapolis, IN 46204

Betsy M. Isenberg
OFFICE OF THE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Patricia Orloff Erdmann

OFFICE OF THE ATTORNEY GENERAL
Patricia.Erdmann@atg.in.gov