UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **DUSTIN KING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO.:  1:14-cv-01092-JMS-MJD |
| | ) |
| **MARION CIRCUIT COURT.** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Marion Circuit Court appeals to the United States Court of Appeals for the Seventh Circuit the final judgment entered in this matter on September 23, 2016, Filing No. 200, by the United States District Court for the Southern District of Indiana, and any and all adverse rulings incorporated in, antecedent to the Judgment, including the Court's Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendant's Cross-Motion for Summary Judgment, Filing No. 157, entered on May 27, 2016, its Findings of Fact and Conclusions of Law, Filing No. 199, entered on September 13, 2016, and from any and all adverse interlocutory orders and rulings that merged into and became part of the Judgment.

                                                Respectfully Submitted,

                                                GREGORY F. ZOELLER
                                                Attorney General of Indiana
                                                Atty No. 1958-98

Date: October 21, 2016                         */s/ Philip A. Gordon*
                                                Philip A. Gordon
                                                Atty No. 31321-49
                                                Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2016, a copy of the foregoing *Notice of Appeal* was filed electronically using the Court's CM/ECF system. Parties may access this filing using the Court's system.

By: *s/ Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone:     (317) 232-6217
Fax:          (317) 232-7979
Email:      Philip.Gordon@atg.in.gov