UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN A. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:14-cv-01092-JMS-MJD |
| | ) |
| MARION COUNTY CIRCUIT COURT, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Consistent with the Mandate issued by the Seventh Circuit Court of Appeals on October 31, 2017, the case is **DISMISSED WITHOUT PREJUDICE TO RAISING A TITLE 11 CLAIM IN STATE COURT.** The Clerk shall terminate the case on docket.

Date: 11/1/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to counsel of record Electronically registered.